FRANCIS KREGELSTEIN *v.* MAXINE KREGELSTEIN

The defendant's motion to dismiss the appeal from the Superior Court in Hartford County is denied by the court.

*Marilyn P. A. Seichter,* for the appellee (defendant).

*Arnold Sbarge,* for the appellant (plaintiff).

Argued January 3—decided January 3, 1978

JOHN B. O'ROURKE ET AL. *v.* CITY OF STAMFORD ET AL.

JAMES F. BARRON, JR., ET AL. *v.* CITY OF STAMFORD ET AL.

J. STEWART THORNE ET AL. *v.* CITY OF STAMFORD ET AL.

ALBERT T. CAPADANNO ET AL. *v.* CITY OF STAMFORD ET AL.

The plaintiffs' motion to dismiss, dated September 29, 1977, in the appeal from the Court of Common Pleas in Fairfield County at Stamford is denied by the court without prejudice to full argument at the time the appeal is heard and, in connection with that appeal, the trial court is directed to fix a reasonable time for the filing of any requests for findings and draft findings.

The plaintiffs' motion, dated November 8, 1977, to dismiss the appeal from the Court of Common Pleas in Fairfield County at Stamford is denied by the court.

*William F. Hickey, Jr.,* for the appellees (plaintiffs).

*Edward J. Frattaroli,* assistant corporation counsel, for the appellant (defendant).